UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 07-00011(B)-MMM | Date | October 31, 2008 |
|---|---|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|
| Interpreter | |

| ANEL HUERTA | N/A | CHERYL MURPHY (NP)<br>CURTIS KIN (NP)<br>ANDREW KLINE (NP) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Albertina Vasquez Valenzuela | NOT | ✗ | | 2. Yolanda Barrera | NOT | ✗ | |

| Proceedings: | **Order Denying as Moot Government's Motion for Finding Defendant Albertina Vasquez Valenzuela in Breach of Plea Agreement** |
|---|---|

On August 19, 2008, defendant Albertina Vasquez Valenzuela ("defendant") entered into a written plea agreement with the United States Attorney's Office for the Central District of California (the "USAO") and the Department of Justice, Civil Rights Division ("DOJ-CRD").[1] On September 9, 2008, the government moved for a finding that the defendant was in breach of the plea agreement.[2] On September 24, 2008, the court granted the defendant's request for new counsel and appointed Yolanda Barrera as defense counsel, replacing Gregory Nicolaysen.[3] On October 1, 2008, Ms. Barrera filed an opposition to the government's motion.[4]

---

[1] See Plea Agreement for Defendant Albertina Vasquez Valenzuela ("Plea Agreement"), Docket No. 429 (Aug. 19, 2008).

[2] See Government's Motion for Finding that Defendant is in Breach of Plea Agreement; Memorandum of Points and Authorities; Exhibit ("Government's Mot."), Docket No. 495 (Sept. 9, 2008).

[3] See Status Conference Re: Request for New Counsel, Docket No. 511 (Sept. 24, 2008).

[4] See Defendant Albertina Vasquez Valenzuela's Opposition to Government's Motion for Finding the Defendant is in Breach of Plea Agreement; Memorandum of Points and Authorities ("Defendant's Opp."), Docket No. 517 (Oct. 1, 2008).

On October 31, the defendant appeared before the court and entered a guilty plea.[5]  Accordingly, the government's motion is denied as moot.

---

[5]See Minutes: Change of Plea, Docket No. 530 (Oct. 31, 2008).